

United States District Court
Southern District of Texas
FILED

APR 3 - 2008

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NUMBER |
| VS. | ) | |
| | ) | |
| OZIEL GARZA, JR. | ) | M-07-848-S1 |
| JOSE HILARIO PEÑA-LOPEZ | ) | |

## O R D E R

Came on to be considered Defendant Jose Hilario Peña-Lopez' Motion for Continuance, which was unopposed by the Government and Co-Defendant Oziel Garza, Jr., and the Court, after considering same, finds that the failure to grant the Motion for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and was of the opinion that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance of Defendant Jose Hilario Peña-Lopez is hereby GRANTED and this case is continued as to Defendants Oziel Garza, Jr., and Jose Hilario Peña-Lopez for the reasons stated above.

It is further ORDERED that as to Defendants Oziel Garza, Jr., and Jose Hilario Peña-Lopez the Final Pretrial previously set for April 7, 2008, is hereby reset for June 2, 2008, at 9:30 a.m. and Jury Selection previously set for April 8, 2008, is hereby reset for June 3, 2008, at 9:30 a.m. in the Tenth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendants, their counsel, and counsel for the Government.

DONE on this **3rd** day of April, 2008, at McAllen, Texas.

                                Ricardo H. Hinojosa
                           UNITED STATES DISTRICT JUDGE